# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICKY MAYON, | ) |
| Plaintiff, | ) Civil Action No. 2: 14-CV-1203 |
| v. | ) United States Magistrate Judge |
| | ) Cynthia Reed Eddy |
| MARK CAPPOZZA, Superintendent, in his individual and official capacities, et al., | ) |
| Defendants. | ) |

## MEMORANDUM OPINION AND ORDER

On February 23, 2016, the Court granted Motion for Judgment on the Pleadings (ECF filed by Defendant Rochelle King. (ECF No. 90). Presently pending is Plaintiff's Motion for Reconsideration of the Memorandum Opinion and Order granting Rochelle's motion. (ECF No. 95).

A motion for reconsideration may be brought on three grounds: (1) an intervening change in controlling law, (2) evidence not previously available, or (3) to correct a clear error of law or prevent manifest injustice. *North River Ins. Co. v. CIGNA Reinsurance Co.*, 52 F.3d 1194, 1218 (3d Cir.1 995). Reconsideration is an extraordinary remedy which is to be granted "very sparingly." *Interfaith Community Organization v. Honeywell Intern., Inc.*, 215 F.Supp.2d 482, 507 (D.N.J.2002).

Plaintiff has not identified any intervening change in controlling law or evidence that has become available since the February 23, 2016, Memorandum Opinion and Order, or facts that the Court overlooked in granting Rochelle's motion. Instead, Plaintiff has simply reprised the same arguments that the Court already fully considered and rejected when it denied the motion. Accordingly, the Motion for Reconsideration will be denied.

## ORDER OF COURT

**AND NOW,** this 11th day of March, 2016, in accordance with the foregoing Memorandum Opinion, it is hereby **ORDERED, ADJUDGED, AND DECREED** that the Motion for Reconsideration is **DENIED**.

/s Cynthia Reed Eddy
Cynthia Reed Eddy
United States Magistrate Judge

cc: MICKY MAYON
JT - 8095
SCI Fayette
P.O. Box 9999
LaBelle, PA 15450-0999
(via U.S. First Class Mail)