IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | | |
|---|---|---|
| MICKY MAYON, | ) | |
| Plaintiff, | ) ) ) | 2:14-CV-01203-CRE |
| vs. | ) ) | |
| MARK CAPOZZA, SUPERINTENDENT, IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES; COLIN FISCHETTI, THERAPEUTIC COMMUNITY COUNSELOR, IN HIS INDIVIDUAL CAPACITY; NATHAN GUSKIEWICZ, CORRECTIONAL OFFICER, IN HIS INDIVIDUAL CAPACITY; SCOTT BOMBERGER, PENNSYLVANIA DEPARTMENT OF CORRECTIONS COUNSELOR, IN HIS INDIVIDUAL CAPACITY; JOSEPH SCHOTT, UNIT MANAGER, IN HIS INDIVIDUAL CAPACITY; CANDICE LACKEY, UNIT MANAGER, IN HER INDIVIDUAL CAPACITY; DONALD BENGELE, CORRECTIONAL OFFICER, IN HIS INDIVIDUAL CAPACITY; AND UNKNOWN MEMBERS OF THE PENNSYLVANIA BOARD OF PROBATION AND PAROLE, IN THEIR INDIVIDUAL CAPACITIES; | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants, | ) ) | |

## **O R D E R**

AND NOW, this 6th day of February, 2017, Defendant Colin Fischetti's Motion for Summary Judgment [ECF No. 124] and Defendants Donald Bengele, Scott Bomberger, Mark Capozza, Nathan Guskiewicz, Candice Lackey, and Joseph Schott's Motion for Summary Judgment [ECF No. 128] are GRANTED. Judgment pursuant to Federal Rule of 58 follows. This case shall be MARKED CLOSED.

By the Court:

s/ Cynthia Reed Eddy
Cynthia Reed Eddy
United States Magistrate Judge

cc: MICKY MAYON
JT - 8095
SCI Fayette
P.O. Box 9999
LaBelle, PA 15450-0999

Counsel of record via CM/ECF electronic filing